

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

August 7, 2024

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Danyela Rosemaris Beltre, a/k/a "Danyela R Gomez," et al., 24 Mag. 2844

Dear Judge Willis:

The Government respectfully requests that Your Honor sign an order unsealing the above-referenced Complaint and arrest warrants.

Thank you for your consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
T. Josiah Pertz
Assistant United States Attorney
(212) 637-2246

SO ORDERED:

_____
HON. JENNIFER E. WILLIS
United States Magistrate Judge
Southern District of New York