```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

            Plaintiff,

- against -

Danyela Rosemaris Beltre
a/k/a "Danyela R. Gomez,"

            Defendant.

**24 Cr. 529 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The initial status conference is hereby scheduled for October 4, 2023 at 3:00 PM.

**SO ORDERED.**

Dated:    10 September 2024
            New York, New York

                                  _____
                                  Victor Marrero
                                  U.S.D.J.