**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2025
```

UNITED STATES OF AMERICA,

— against —

DANYELA ROSEMARIS BELTRE,

               Defendant.

**24 CR 529 (VM)**

<u>ORDER</u>

**VICTOR MARRERO**, United States District Judge.

    The status conference scheduled in the above-captioned matter for November 21, 2025, at 2:30 PM, is hereby rescheduled to November 20, 2025, at 2:30 PM.

**SO ORDERED.**

Dated:    7 November 2025
            New York, New York

                                                Victor Marrero
                                                 U.S.D.J.