USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

DANYELA BELTRE,

Defendant.

**24 CR 529 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for January 23, 2026, is hereby adjourned to March 27, 2026, at 3:00 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until March 27, 2026. (See Dkt. No. 29.)

It is hereby ordered that time until March 27, 2026, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    21 January 2026
          New York, New York

Victor Marrero
U.S.D.J.