UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/26

UNITED STATES OF AMERICA,

- against -

DANYELA ROSEMARIS BELTRE,

Defendant.

24 CR 529 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The change of counsel hearing scheduled for September 18, 2026, at 3:00 PM is hereby adjourned to September 25, 2026, at 10:30 AM, due to the unavailability of CJA counsel. All parties to this action have informed the Court via email that they consent to an exclusion of time from the Speedy Trial Act until September 25, 2026.

It is hereby ordered that time until September 25, 2026, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: 17 September 2026
New York, New York

Victor Marrero
U.S.D.J.